AO 91 (Rev 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Gary Lamarr Etheis ZEIGLER<br><br>Defendant(s) | )<br>)<br>) Case No. 2:22-mj-100<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 14, 2022** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
Complainant's signature

S. Chappell ATF TFO
Printed name and title

Sworn to before me and signed in my presence. VIA FACETIME

Date: 2/16/2022

_____
Judge's signature

City and state: Columbus Ohio

US Magistrate Judge
Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**Gary Lammar Etheis ZEIGLER**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Gary Lammar Etheis ZEIGLER for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that ZEIGLER committed this offence.

4. On or about January 14, 2022, at approximately 2:37 p.m. uniformed Columbus Division of Police Officers were dispatched to 1778 Marston for a report of a male named Gary ZEIGLER who had pointed a gun at multiple victims and threatened to shoot them. A description of ZEIGLER and his vehicle were provided.

5. Once at scene officers observed a vehicle matching the description at Jermaine Dr and Schenley Dr. Upon seeing the marked police cruiser, the vehicle which was a Chevrolet truck began backing eastbound on Schenley Dr at a high rate of speed, pulling into the driveway/front yard at 2089 Schenley Dr. Officers exited their cruiser. ZEILGER exited the truck and began walking toward the back of the house. Officers gave loud verbal commands for ZEIGLER to stop. Officers observed that ZEIGLER's right hand was pressed up against the pocket of his coat as if he was attempting to conceal a gun. ZEIGLER continued to walk toward the rear of the house not obeying the commands by officers. ZEIGLER then breaks into a run towards the residence. Officers pursue ZEIGLER on foot. ZEIGLER enters the residence with officers close behind him.

6. The door ZEIGLER entered opens into the kitchen, as officers enter the home the first officer trips and falls. ZEIGLER is observed running around a corner from the kitchen into a hallway. ZEIGLER then runs back into the kitchen running towards officers. ZEIGLER runs into the officers which caused all parties to fall to the ground. Officers detained ZEIGLER and placed him into handcuffs. Officers went around the corner to the hallway they had observed ZEIGLER run to. Officers immediately observed a silver handgun on the floor in the hallway. The firearm was found to be a Lorcin 380 pistol serial number 177572.

**PROBABLE CAUSE AFFIDAVIT**
Gary Lammar Etheis ZEIGLER

7. ZEIGLER was arrested and transported to CPD Headquarters for processing. ZEIGLER was read his rights and agreed to answered questions. ZEIGLER denied having a firearm on his persons. ZEIGLER stated that he ran from police because he has bad eyesight and didn't realize that it was police officers. ZEIGLER believed that the officers were robbers. ZEIGLER stated that the gun was already in the home.

8. ZEIGLER was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio, Court of Common Pleas case 03CR003232 for carrying a concealed weapon.
    b. Franklin County Ohio, Court of Common Pleas case 05CR001457 for weapons under disability and aggravated assault.
    c. Franklin County Ohio, Court of Common Pleas case 10CR000013 for attempted weapons under disability.

9. Records from the Franklin County, Ohio Court of Common Pleas cases listed above show that ZEIGLER signed guilty pleas. This plea indicated that ZEIGLER understood the maximum penalty for the crime he was pleading guilty to was more than one year of incarceration.

10. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by ZEIGLER on or about January 14, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

11. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

12. Based on this information, your affiant believes probable cause exists that ZEIGLER knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is a Lorcin 380 pistol serial number 177572, and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of 16TH, February, 2022, at 2:45pm Columbus, Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Gary Lammar Etheis ZEIGLER**
    **U.S. MAGISTRATE JUDGE**